

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-141-CV

IN RE RICHARD LEE BOWEN                                        RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of habeas corpus and is of the opinion that the petition is moot because relator is no longer confined. Accordingly, relator's petition for writ of habeas corpus is dismissed as moot.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: LIVINGSTON, WALKER, and MEIER, JJ.

DELIVERED: May 26, 2009

---

[1] *See* Tex. R. App. P. 47.4.